# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2026-0168
L.T. Case No. 05-2023-SC-026903

———————————————

LUIZ SILVA,

    Appellant,

    v.

FRANCES VON HOLTEN, JOSEPH
VON HOLTEN, VINICIUS LARA,
and VIZZION CONSTRUCTION,
LLC.,

    Appellees.

———————————————

On appeal from the County Court for Brevard County.
David E. Silverman, Judge.

Luiz Silva, Orlando, pro se.

No Appearance for Appellees.

April 16, 2026

PER CURIAM.

    AFFIRMED. *See* Fla. R. App. P. 9.315(a).

MAKAR, EISNAUGLE, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____